UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 13-2508 (DEA) |
| LESTER LIVINGSTON | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing), and defendant Lester Livingston, by his attorney, Michael Armstrong, Esq., for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the United States and the parties having requested this continuance so that the parties can negotiate a plea agreement and thereby avoid a possible trial; and for good cause shown;

IT IS on this 7th day of April 2014,

ORDERED that the time from the date this Order is entered, to and including June 13, 2014, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to discuss plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

_____
R. Joseph Gribko
A.U.S.A.

_____
Michael Armstrong, Esq.
Counsel for defendant Lester Livingston